**DUANE MORRIS LLP**
Brett L. Messinger
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1000
Facsimile:   (215) 979-1020
Email: BLMessinger@duanemorris.com

*Counsel for Certain Underwriters at Lloyd's, London
and Certain London Market Insurance Companies*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York, *aka* Diocese of Rockville Centre,[1]<br><br>        Debtor. | Case No.: 20-12345-scc<br>Chapter 11 |
| The Roman Catholic Diocese of Rockville Centre, New York,<br><br>        Plaintiff,<br><br>v.<br><br>Arrowood Indemnity Company; et al.,<br><br>        Defendants. | Adv. Procedure No. 20-01227 (SCC)<br><br>Civil Docket: 1:21-cv-0071 (ER) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies (collectively, "London Market Insurers") pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, demand that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect to seek to affect in any way of the London Market Insurers' rights or interests.

Dated: January 8, 2021  
Philadelphia, Pennsylvania

Respectfully submitted,

*/s/ Brett L. Messinger*  
Brett L. Messinger  
30 South 17th Street  
Philadelphia, PA 19103-4196  
Telephone: (215) 979-1000  
Facsimile: (215) 979-1020  
Email: BLMessinger@duanemorris.com

*Attorneys for London Market Insurers*