REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: jberringer@reedsmith.com
John B. Berringer, Esq.

*Counsel for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Rockville Centre, New York, | Case No. 20-12345 (SCC) |
| Debtor. | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Adv. Proc. No. 20-01227 (SCC) |
| Plaintiff, | |
| against | 21-CV-71 (ER) |
| ARROWOOD INDEMNITY COMPANY, *et al.,* | |
| Defendants. | |

**APPEARANCE OF COUNSEL**

TO:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Plaintiff the Roman Catholic Diocese of Rockville Centre, New York.

- 2 -

Dated: January 12, 2021
New York, New York

Respectfully submitted,

REED SMITH LLP

*/s/ John B. Berringer, Esq.*
John B. Berringer Esq.
599 Lexington Avenue
New York, NY  10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: jberringer@reedsmith.com

*Counsel for the Plaintiff*