**PACHULSKI STANG ZIEHL & JONES LLP**
James I. Stang, Esq. (*pro hac vice* forthcoming)
10100 Santa Monica, Boulevard, 11th Floor
Los Angeles, California 90067
Telephone:	(310) 277-6910
Facsimile:	(310) 201-0760
Email:		jstang@pszjlaw.com

-and-

Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:	(212) 561-7700
Facsimile:	(212) 561-7777
Email:		kdine@pszjlaw.com
		ischarf@pszjlaw.com
		bmichael@pszjlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Rockville Centre, New York<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 20-12345-scc<br><br>**APPEARANCE OF COUNSEL** |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>　　　　Plaintiff,<br><br>against<br><br>ARROWOOD INDEMNITY COMPANY, et al.,<br><br>　　　　Defendants. | Adv. Proc. No. 20-01227 (SCC)<br><br><br>20-CV-11011 (VEC)<br><br>21-CV-00071 (ER) |

TO: The clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the *Official Committee of Unsecured Creditors* of the Roman Catholic Diocese of Rockville Centre, New York.

Dated: January 27, 2021

Respectfully Submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Brittany M. Michael*
Brittany M. Michael, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: kdine@pszjlaw.com
ischarf@pszjlaw.com
bmichael@pszjlaw.com