EXHIBIT "A"



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JAMES IAN STANG*

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JAMES IAN STANG, #94435, was on the 16th day of December, 1980, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 28th day of January 2021.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*Regine Ho, Senior Deputy Clerk*