UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ROMAN CATHOLIC DIOCESE OF ROCKVILLE
CENTRE, NEW YORK,

       Plaintiff,         21-CV-71 (JPC)

   -v-                ORDER

CERTAIN UNDERWRITERS AT LLOYDS, LONDON
& CERTAIN LONDON MARKET COMPANIES,

       Defendant.

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court denies the letter motion filed by Evanston Insurance Company (as successor by merger to Associated International Insurance Company) seeking to withdraw the reference for the Diocese's claims against it by joining LMI's withdrawal. *See* Dkt. 60. Associated International's policy is a separate policy from the policies issued by London Market Insurers ("LMI"). Associate International's policy thus "may well differ in several key ways from LMI's policies, which could affect the Court's analysis for whether the reference should be withdrawn as to those claims." *Roman Cath. Diocese of Rockville Ctr., New York v. Certain Underwriters at Lloyds, London & Certain London Mkt. Companies*, No. 21 Civ. 71 (JPC), 2021 WL 4027020, at *9 (S.D.N.Y. Sept. 3, 2021) (quotations omitted).

   SO ORDERED.

Dated: October 15, 2021
   New York, New York            JOHN P. CRONAN
                   United States District Judge