

**CARLTON FIELDS**

ATTORNEYS AT LAW

**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-3699
212.785.2577 | fax 212.785.5203
www.carltonfields.com

**Alex B. Silverman**
Shareholder
212.380.9627 Direct Dial
asilverman@carltonfields.com

Atlanta
Hartford
Los Angeles
Miami
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

February 16, 2023

<u>VIA ECF</u>

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:   *The Roman Catholic Diocese of Rockville Centre, N.Y. v. Certain Underwriters at Lloyds, London & Certain London Market Companies*
          **Case No. 1:21-cv-00071-JPC**

Dear Judge Cronan:

We represent Lexington Insurance Company ("Lexington") in this action and matters generally relating to Adversary Proceeding No. 20-01227-SCC, filed by The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese") in the United States Bankruptcy Court for the Southern District of New York. Pursuant to Rule 3 of Your Honor's Individual Rules and Practices, Lexington submits this letter motion respectfully requesting an extension of time to respond to the Diocese's Amended Complaint [ECF 101], originally filed on February 15, 2023.

Lexington's response to the Amended Complaint is currently due on or before March 2, 2023. Lexington seeks an extension of time to file its response through and including **March 23, 2023**. Counsel for Lexington is engaged in trial for the next two weeks, and requests this brief extension as an accommodation. The Diocese has consented to Lexington's request, and no prior extensions have been sought. In addition, this extension would not affect the current Case Management Order, or any other scheduled dates or deadlines.

                        Respectfully submitted,

                        */s/ Alex B. Silverman*

                        Alex B. Silverman

cc: All parties via ECF

Carlton Fields, P.A.
A Professional Corporation
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP