UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

        Plaintiff,

-v-

CERTAIN UNDERWRITERS AT LLOYDS,
LONDON & CERTAIN LONDON MARKET
COMPANIES and LEXINGTON INSURANCE
COMPANY,

        Defendants.

CIVIL ACTION NO.: 21 Civ. 71 (JPC) (SLC)

**AMENDED TELEPHONE CONFERENCE
SCHEDULING ORDER**

---

**SARAH L. CAVE**, United States Magistrate Judge:

    The request at ECF No. 126 is GRANTED, and the telephone conference (the "Conference") scheduled for June 16, 2023 is RESCHEDULED to **Thursday, June 15, 2023 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. With the consent of and without prejudice to Defendant Lexington Insurance Company ("Lexington"), the Conference will proceed without Lexington. (See ECF No. 126).

    The Clerk of Court is respectfully directed to close ECF No. 126.

Dated:     New York, New York
            June 13, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge