UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

        Plaintiff,

  -v-

CERTAIN UNDERWRITERS AT LLOYDS,
LONDON & CERTAIN LONDON MARKET
COMPANIES and LEXINGTON INSURANCE
COMPANY,

        Defendants.

CIVIL ACTION NO.: 21 Civ. 71 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the telephone conference (the "Conference") held today, June 15, 2023, the Court orders as follows:

1. The first phase of fact discovery ("Phase I Discovery") shall be limited to the following:

    a. The course of dealing between Plaintiff The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese") and Defendant Certain Underwriters at Lloyds, London & Certain London Market Companies ("LMI").

    b. Identification of the claims in the Underlying Lawsuits and in the bankruptcy proceeding that the Diocese asserts are "resolved" such that LMI's duty to pay or reimburse the Diocese for defense costs is triggered (the "Resolved Claims").

    c. A categorical description of the defense costs, judgments, or settlements for which the Diocese seeks payment or reimbursement from LMI with respect to the Resolved Claims.

    d. The process by which claims for payment or reimbursement from the Related Entities will be analyzed and submitted to LMI.[1]

2. Phase I Discovery shall be completed by **October 16, 2023**, and shall proceed as follows:

    a. Written discovery requests shall be served by **July 17, 2023**.

    b. Responses to written discovery requests and document productions shall be served by **August 16, 2023**.

    c. Depositions shall be noticed by **August 30, 2023**.

    d. Depositions shall be completed by **October 16, 2023**.

3. By **October 23, 2023**, the parties shall file a joint letter certifying the completion of Phase I Discovery.

The parties shall promptly order a transcript of the Conference.

Dated:    New York, New York
          June 15, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] Although Defendant Lexington Insurance Company ("Lexington") did not participate in the Conference, nothing in this Order precludes Lexington from participating in the Phase I Discovery described above. (See ECF No. 124 at 2 n.3).