UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                              Plaintiff,<br><br>-v-<br><br>CERTAIN UNDERWRITERS AT LLOYDS, LONDON & CERTAIN LONDON MARKET COMPANIES namely Ancon Insurance Co. (UK) Ltd.,  Assicurazioni Generali T.S.,  British National Insurance Co. Ltd. formerly known as British National Life Insurance Society Ltd.,  CX Reinsurance Co. Ltd. formerly known as C.N.A. Re of London, Dominion Insurance Co. Ltd., Excess Insurance Co. Ltd., London & Edinburgh General Insurance Co. Ltd., Sovereign Marine & General Insurance Co. Ltd., St. Katherine Insurance Co. Ltd., Storebrand Insurance Ltd., Taisho Marine & Fire (UK) Ltd., Terra Nova Insurance Co. Ltd., Tokio Marine & Fire (UK) Ltd., Turegum Insurance Co. Ltd., Unionamerica Insurance Co. Ltd. and Yasuda Fire & Marine (UK) Ltd., and LEXINGTON INSURANCE COMPANY,<br><br>                              Defendants. | Case No.: 1:21-cv-00071-AS |

## **NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of John B. Berringer, Esq., and exhibits attached thereto; Plaintiff's Local Rule 56.1 Statement of Material Facts; Plaintiff's Memorandum of Law in Support of its Motion for Partial Summary Judgment; and upon all prior pleadings and proceedings, the undersigned will make a motion to this Court before the Honorable Judge Arun Subramanian, United States District Court, Southern District of New York, located at 500 Pearl Street, New York, New York 10007-1312, on a date to be set by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting the Motion for

Partial Summary Judgment of Plaintiff The Roman Catholic Diocese of Rockville Centre and granting such other and further relief as this Court deems necessary and proper.

Dated: April 11, 2024

/s/ *John B. Berringer*
John B. Berringer, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: jberringer@reedsmith.com

-and-

Timothy P. Law, Esq.
Esther Kim, Esq.
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: tlaw@reedsmith.com
E-mail: esther.kim@reedsmith.com