UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                Plaintiff,<br>-v-<br><br>CERTAIN UNDERWRITERS AT LLOYDS, LONDON & CERTAIN LONDON MARKET COMPANIES and LEXINGTON INSURANCE COMPANY,<br><br>                Defendants. | CIVIL ACTION NO.: 21 Civ. 71 (AS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

Plaintiff's request (ECF No. 163) for the Court's "intervention via teleconference or otherwise" to address certain arguments (the "Arguments") that Defendants make in their opposition (ECF No. 159) to Plaintiff's motion for partial summary judgment (ECF No. 151) is DENIED. Plaintiff may address the Arguments in its reply, the page limit for which the Court increases to **thirteen (13) pages**.

Dated:     New York, New York
           May 20, 2024

                                                  SO ORDERED.

                                                  **SARAH L. CAVE**
                                                  **United States Magistrate Judge**