UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                Plaintiff,

-against-                            21-cv-71 (AS)

CERTAIN UNDERWRITERS AT LLOYDS,      ORDER
LONDON & CERTAIN LONDON MARKET
COMPANIES and LEXINGTON
INSURANCE COMPANY,

                Defendants.

---

ARUN SUBRAMANIAN, United States District Judge:

      This case was referred to Judge Cave for general pretrial matters on May 24, 2023. Dkt. 120. To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Judge Cave.

      If both parties consent to proceed before Judge Cave, no later than **August 30, 2024**, they should file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/node/754). If the Court approves that form, all further proceedings will then be conducted before Judge Cave rather than before the undersigned. If the parties do not consent, then they need not make a filing and <u>must not</u> indicate in any filing which parties did not consent.

SO ORDERED.
New York, New York
Dated: August 22, 2024

                                                ARUN SUBRAMANIAN
                                                United States District Judge

# UNITED STATES DISTRICT COURT
for the

_____

*Plaintiff*

v.                    )   Civil Action No. _____

_____

*Defendant*

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

[Print]   [Save As...]                                                       [Reset]