UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                Plaintiff,<br><br>-v-<br><br>CERTAIN UNDERWRITERS AT LLOYDS, LONDON & CERTAIN LONDON MARKET COMPANIES and LEXINGTON INSURANCE COMPANY,<br><br>                Defendants. | CIVIL ACTION NO.: 21 Civ. 71 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the telephone conference held today, September 27, 2024, it is ORDERED that the case and all pending motions (ECF No. 151) are **administratively closed**.

The Court congratulates the parties on reaching a settlement. **On or before Friday, December 27, 2024**, the parties shall either (1) file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41, (2) file a notice to administratively reopen the case and all motions pending at the time of this administrative closure (ECF No. 151), or (3) request an extension of the deadline to perform (1) or (2).

The Clerk of Court is respectfully directed to administratively close the case and ECF No. 151.

Dated:      New York, New York
              September 27, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge