UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK

    Plaintiff,

 v.

CERTAIN UNDERWRITERS AT LLOYDS,
LONDON & CERTAIN LONDON MARKET
COMPANIES and LEXINGTON
INSURANCE COMPANY,

    Defendants.

Civil No. 21-cv-00071 (AS) (SLC)

## STIPULATION FOR DISMISSAL WITH PREJUDICE

A settlement of all matters in dispute between Plaintiff The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese"); Defendants Certain Underwriters at Lloyds, London, and Certain London Market Companies ("LMI"); Defendant Lexington Insurance Company ("Lexington"); and the DRVC Abuse Claims Trust (the "Trust") has been reached. Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c)(2), the Diocese, LMI, Lexington, and the Trust hereby:

JOINTLY STIPULATE AND AGREE to dismiss, with prejudice, the above-captioned action and all claims and counterclaims asserted therein. Pursuant to the settlement, each party will bear their own costs and fees.

1

Dated: April 30, 2025

Respectfully submitted by:

Timothy P. Law
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
(215) 241-1262
tlaw@reedsmith.com

*Attorney for the Roman Catholic Diocese of Rockville Centre, New York*

-and-

James J. Moffitt
Catalina J. Sugayan
CLYDE & CO US LLP
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 635-7000
james.moffitt@clydeco.us
catalina.sugayan@clydeco.us

*Attorneys for Certain Underwriters at Lloyds, London, and Certain London Market Companies*

-and-

Nora Anne Valenza-Frost
CARLTON FIELDS LLP
405 Lexington Avenue, 36th Floor
New York, New York 10174
(212) 380-9631
nvalenza-frost@carltonfields.com

*Attorneys for Lexington Insurance Company*

-and-

2

Dated: April __, 2025

Respectfully submitted by:

_____
Timothy P. Law
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
(215) 241-1262
tlaw@reedsmith.com

*Attorney for the Roman Catholic Diocese of Rockville Centre, New York*

-and-

_____
James J. Moffitt
Catalina J. Sugayan
CLYDE & CO US LLP
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 635-7000
james.moffitt@clydeco.us
catalina.sugayan@clydeco.us

*Attorneys for Certain Underwriters at Lloyds, London, and Certain London Market Companies*

-and-

*Nora A. Valenza-Frost*
Nora Anne Valenza-Frost
CARLTON FIELDS P.A.
405 Lexington Avenue, 36th Floor
New York, New York 10174
(212) 380-9631
nvalenza-frost@carltonfields.com

*Attorneys for Lexington Insurance Company*

-and-

2

Jesse J. Bair
Timothy W. Burns
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703
(608) 286-2808
tburns@burnsbair.com
jbair@burnsbair.com

*Attorneys for the DRVC Abuse Claims Trust*

3